| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Equilla Powell Estate<br>Name | EIN: 88–6370093 | |
| United States Bankruptcy Court | Middle District of Georgia | Date case filed for chapter: | 7   9/29/23 |
| Case number: | 23–70990–JTL | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records) at https://pacer.uscourts.gov.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Equilla Powell Estate | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 307 E 7th Street<br>Ocilla, GA 31774 | |
| 4. | **Debtor's attorney** Name and address | Equilla Powell Estate<br>307 E 7th Street<br>Ocilla, GA 31774 | Contact phone 229–325–8692<br>Email None |
| 5. | **Bankruptcy trustee** Name and address | Walter W Kelley Chapter 7 Trustee<br>P.O. Box 70879<br>Albany, GA 31708 | Contact phone 229–888–9128 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 901 Front Avenue<br>P.O. Box 2147<br>Columbus, GA 31902 | Hours open: Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone (706) 649–7837<br><br>Date: 9/30/23 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 20, 2023 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Walter W Kelley**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 211 489 9024, and Passcode 0873402922, OR call 1 229 466 2761**<br>For additional meeting information go to www.justice.gov/ust/moc. |
| | At the meeting the trustee may abandon all scheduled property pursuant to 11 USC § 554. Creditors seeking abandonment of property should attend this meeting and provide the documentation necessary to prove their interest. Unless a written objection is filed within 14 days, the decision of the trustee is final. Pursuant to Rule 6007, if a timely objection is made, the court shall schedule a hearing. | | |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)  **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

| ADDITIONAL COURT SPECIFIC INFORMATION | **ID Required at Meeting Of Creditors** Debtors' attorneys will be responsible for providing to the trustee before the 341 meeting a copy of debtors' ID and social security number in the same manner as tax returns, and will be responsible for verifying debtors' ID and social security number on the record. If you are a pro se debtor, the trustee may require verification of ID and social security number with documentation in advance of or subsequent to the 341 meeting, or the trustee may continue the meeting until these requirements are met. |
|---|---|